PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

UNITED STATES DISTRICT COURT  
DISTRICT OF NEBRASKA

APR 2 8 2005

OFFICE OF THE CLERK

UNITED STATES OF AMERICA

v.                                                    Docket # 8:01CR273

Mick C. Peterson

On January 3, 2003, Mick Peterson was sentenced to 4 years probation. The period of probation commenced January 3, 2003. Mick Peterson has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Mick Peterson be discharged from supervision.

Respectfully submitted,

Douglas D. Steensma  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __28__ day of __April__, 2005.

The Honorable Joseph F. Bataillon  
Chief United States District Judge